# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* DIXIE SWITZER, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ROBERT C. WOOD, II, et al., <br><br> Defendant(s). | Case No. 2:23-cv-00999-ART-NJK <br><br> **Order** <br><br> [Docket No. 110] |

This case has been transferred into this District from the United States District Court for the Central District of California. *See* Docket No. 111. Pending before the Court is an earlier-filed Rule 26(f) report. *See* Docket No. 110. That report is **DENIED** without prejudice. The parties must file a discovery plan and proposed scheduling order in accordance with the local rules of this District by July 26, 2023.

IT IS SO ORDERED.

Dated: July 19, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1