# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* DIXIE SWITZER, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT C. WOOD, II, et al.,<br><br>Defendant(s). | Case No. 2:23-cv-00999-ART-NJK<br><br>**Order** |

Attorney Thomas Carlucci is counsel of record for Defendants Perry, Dunn, TDSW, and Kainalu. Attorney Carlucci appears to be barred in this state, but his office is in California. *See, e.g.*, Docket No. 139 at 1. An attorney admitted to practice in Nevada, but who does not maintain an office in Nevada, must comply with the requirements of Local Rule IA 11-1(b)(2), including associating or designating a local attorney for service. No later than January 12, 2024, Attorney Carlucci must either comply with Local Rule IA 11-1(b)(2) or must explain in writing why that rule does not apply.[1]

IT IS SO ORDERED.

Dated: December 14, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court is providing a lengthy deadline herein given the representations made in the pending stipulation to extend case management deadlines. *See* Docket No. 139 at 2.

1