ROGER W. WENTHE
ROGER WENTHE, PLLC
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
Telephone: (712) 971-0541
Roger.Wenthe@gmail.com

GRACE Y. PARK (*pro hac vice*)
gpark@cpmlegal.com
JEFFREY G. MUDD (*pro hac vice*)
jmudd@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
2716 Ocean Park Blvd., Suite 3088
Santa Monica, California 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Relators*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TED SWITZER and DIXIE SWITZER and STATE OF CALIFORNIA *ex rel.* TED SWITZER and DIXIE SWITZER;<br><br>      Plaintiffs,<br><br>   v.<br><br>ROBERT C. WOOD, II; *et al.*;<br><br>      Defendants. | CASE NO. 2:23-cv-00999-ART-NJK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:**

Please take notice that Justin T. Berger of the law firm Cotchett, Pitre, & McCarthy is withdrawing as one of the counsels of record representing Relators. Please remove Mr. Berger from the docket of this case. Grace Y. Park and Jeffery G. Mudd of the law firm Cotchett, Pitre, & McCarthy will remain counsel of record for Relators. Roger Wenthe will continue to serve as local counsel.

Dated: January 26, 2024                **COTCHETT, PITRE & McCARTHY LLP**

By: _/s/ Grace Y. Park_
GRACE Y. PARK
JEFFREY G. MUDD
*Attorneys for Relators*

IT IS SO ORDERED.
Dated: January 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge