**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* DIXIE SWITZER, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>ROBERT C. WOOD, II, et al.,<br><br>        Defendant(s). | Case No. 2:23-cv-00999-ART-NJK<br><br>**Order** |

On February 21, 2024, the parties filed a notice of tentative settlement.  Docket No. 151. The parties are **ORDERED** to file dismissal papers or a joint status report by May 21, 2024.

IT IS SO ORDERED.

Dated: April 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1