ROGER W. WENTHE
ROGER WENTHE, PLLC
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
Telephone: (712) 971-0541
Roger.Wenthe@gmail.com

GRACE Y. PARK (*pro hac vice*)
gpark@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
2716 Ocean Park Blvd., Suite 3088
Santa Monica, California 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Relators*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. DIXIE SWITZER, AS EXECUTOR TO THE ESTATE OF TED SWITZER, AND DIXIE SWITZER<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT C. WOOD, II, *et al.*,<br><br>Defendants. | CASE NO. 2:23-cv-00999-ART-NJK<br><br>**ORDER GRANTING STATUS REPORT AND SECOND STIPULATION FOR 21-DAY EXTENSION OF TIME TO FILE DISMISSAL PAPERS** |

Relator Dixie Switzer in her own stead and as executor to the estate of Ted Switzer ("relators"), and defendants Thomas Dunn, M.D., Archie Perry, M.D., TDSW, LLC, and Kainalu, LLC ("defendants") provide the following status report and second stipulation for a 21-day extension of time to file dismissal papers.

On February 21, 2024, relators and defendants filed their joint notice of tentative settlement of the entire action, "subject to the negotiation of mutually agreeable settlement documentation and approval by the United States Department of Justice [("DOJ")]." (Dkt. 151). In that notice, the parties explained that "the timeline for approval of qui tam settlement agreements from DOJ varies significantly, but typically ranges from 45 to 90 days." (Id.). On April 23, 2024, the Court issued an order "to file dismissal papers or a joint status report by May 21, 2024." (Dkt. 152).

On March 19, 2024, relators and defendants provided their agreed-upon settlement agreements to the U.S. Attorney's Office for the Central District of California ("USAO-C.D. Cal.") and DOJ (collectively, "government entities") for approval. On April 24, 2024, relators submitted their request for a percentage of the relator's share pursuant to 31 U.S.C. § 3730(d)(2). On April 29, 2024, relators and defendants agreed on the terms of the dismissal of this action in its entirety and provided that dismissal to DOJ for its approval on that same date.

On May 9, 2024, the Court granted the parties' request for a 21-day extension of time to file dismissal papers as the government entities stated they required additional review of the final settlement agreements before approval. (Dkt. 154).

The parties now seek a second 21-day extension as USAO-C.D. Cal. has not completed its review of the settlement agreements first provided on March 19, 2024, which is a necessary step before DOJ can complete its review. Relators' counsel has had multiple discussions with the DOJ Trial Attorney in Washington D.C. The reason why USAO-C.D. Cal. has not completed its review remains unknown.

/ /

/ /

/ /

/ /

Accordingly, the parties respectfully request that the deadline to submit dismissal papers, currently set for June 11, 2024, be continued by 21-days to July 2, 2024, within which time the parties hope dismissals will be filed, or the parties will provide a further update to the Court.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: June 11, 2024     **COTCHETT, PITRE & McCARTHY LLP**

By: _s/Grace Y. Park_
GRACE Y. PARK
*Counsel for Relators*

Dated: June 11, 2024     **FOLEY & LARDNER LLP**

By: _s/Thomas F. Carlucci_
THOMAS F. CARLUCCI
*Counsel for Defendants*

**IT IS SO ORDERED**:

By: _[signature]_
United States District Judge

Dated: Jun 11, 2024