UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. DIXIE SWITZER, AS EXECUTOR TO THE ESTATE OF TED SWITZER, AND DIXIE SWITZER<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT C. WOOD, II, *et al.*,<br><br>Defendants. | CASE NO. 2:23-cv-00999-ART-NJK<br><br>**ORDER GRANTING**<br><br>**THIRD STIPULATION (ECF No. 159) FOR 21-DAY EXTENSION OF TIME TO FILE DISMISSAL PAPERS** |

Relator Dixie Switzer in her own stead and as executor to the estate of Ted Switzer ("relators"), and defendants Thomas Dunn, M.D., Archie Perry, M.D., TDSW, LLC, and Kainalu, LLC ("defendants") provide the following status report and third stipulation for a 21-day extension of time to file dismissal papers.

On February 21, 2024, relators and defendants filed their joint notice of tentative settlement of the entire action, "subject to the negotiation of mutually agreeable settlement documentation and approval by the United States Department of Justice [("DOJ")]." (Dkt. 151). In that notice, the parties explained that "the timeline for approval of qui tam settlement agreements from DOJ varies significantly, but typically ranges from 45 to 90 days." (Id.). On April 23, 2024, the Court issued an order "to file dismissal papers or a joint status report by May 21, 2024." (Dkt. 152).

On March 19, 2024, relators and defendants provided their agreed-upon settlement agreements to the U.S. Attorney's Office for the Central District of California ("USAO-C.D. Cal.") and DOJ (collectively, "government entities") for approval. On April 24, 2024, relators submitted their request for a percentage of the relator's share pursuant to 31 U.S.C. § 3730(d)(2). On April 29, 2024, relators and defendants agreed on the terms of the dismissal of this action in its entirety and provided that dismissal to DOJ for its approval on that same date.

On May 9, 2024, the Court granted the parties' request for a 21-day extension of time to file dismissal papers as the government entities stated they required additional review of the final settlement agreements before approval. (Dkt. 154). On June 12, 2024, the Court granted the parties' second request for a 21-day extension of time as USAO-C.D. Cal had not completed its review of the settlement agreements first provided on March 19, 2024, which is a necessary step before DOJ can complete its review.

The parties now seek a third 21-day extension of time. During the week of June 24, 2024, USAO-C.D. Cal. told DOJ that its completed review of the settlement agreements was imminent. But as of July 2, 2024, that review has not yet been completed.

Accordingly, the parties respectfully request that the deadline to submit dismissal papers, currently set for July 2, 2024, be continued by 21-days to <u>July 23, 2024</u>, within which time the

//

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

STATUS REPORT & THIRD STIPULATION FOR 21-DAY EXTENSION OF TIME TO FILE DISMISSAL PAPERS   1
Case No. 2:23-cv-00999-ART-NJK

parties hope dismissals will be filed, or the parties will provide a further update to the Court.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: July 2, 2024                **COTCHETT, PITRE & McCARTHY LLP**

By: _s/Grace Y. Park_
    GRACE Y. PARK
    *Counsel for Relators*

Dated: July 2, 2024                **FOLEY & LARDNER LLP**

By: _s/Thomas F. Carlucci_
    THOMAS F. CARLUCCI
    *Counsel for Defendants*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: July 9, 2024