IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TED SWITZER and DIXIE SWITZER and STATE OF CALIFORNIA *ex rel.* TED SWITZER and DIXIE SWITZER;<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT C. WOOD, II; *et al.*;<br><br>Defendants. | CASE NO. 2:23-cv-00999-ART-NJK<br><br>**ORDER GRANTING**<br><br>STIPULATION OF DISMISSAL |

In accordance with the terms and conditions of the relevant July 22, 2024, Settlement Agreements among the United States of America ("Government"), Defendants Thomas Dunn, M.D., Archie Perry, M.D., TDSW, LLC, and Kainalu, LLC ("Defendants"), and Relator Dixie Switzer in her own stead and as executor to the estate of Ted Switzer ("Relators"), Defendants will pay the Government the Settlement Amounts and will pay Relators the expenses, attorney's fees, and costs within the times set forth in the relevant Settlement Agreements. (Dunn Settlement Agreement at §§ 1, 3; Perry Settlement Agreement at §§ 1, 3). The Settlement Agreements do not constitute an admission of liability by Defendants nor a concession by the United States that its claims are not well founded. (Dunn Settlement Agreement at § K; Perry Settlement Agreement at § K).

Accordingly, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the *qui tam* provisions of the False Claims Act ("FCA"), and the terms and conditions of the relevant Settlement Agreements, the parties submit this Stipulation of Dismissal.

## I.     Claims on Behalf of the Governments

The Government and Relators stipulate, through their undersigned counsel, to the entry of an Order: (1) dismissing with prejudice to the United States and Relators all claims asserted on behalf of the Government against Defendants concerning the Covered Conduct as the term is defined in Paragraph I of the relevant Settlement Agreements; and (2) dismissing without prejudice to the Governments and with prejudice to Relators all other claims asserted on behalf of the Governments in this action.

## II.     Relators' Claims

Relators stipulate that the Settlement Amount and Relators' share and attorney's fees and costs pursuant to 31 U.S.C. § 3730(d), are fair, adequate, and reasonable under all circumstances, will not challenge the settlement, and expressly waive the opportunity for a hearing of any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B).

Relators further dismiss with prejudice all claims asserted by them against Defaulting Defendants defaulting and non-appearing defendants: (1) Robert C. Wood, II; (2) Access Medical, LLC; (3) APSW, LLC; (4) Aramat Group, LLC; and (5) Alpine Medical Management Group, LLC,

*solely to the extent such claims relate to* Dunn, Perry, TDSW, Kainalu, and APSW.[1]

This stipulation does not waive or otherwise affect the ability of the Governments or any other person to contend that 31 U.S.C. § 3730(b)(3), (b)(5), and (e), bar Relators or any other person from sharing in the proceeds of the settlement.

Dated: July 23, 2024

Respectfully submitted,
COTCHETT, PITRE & McCARTHY LLP

By: /s/ *Grace Y. Park*
GRACE Y. PARK
JEFFREY G. MUDD
*Attorneys for Relators*

Dated: July 23, 2024

FOLEY & LARDNER LLP

By: /s/ *Thomas F. Carlucci*
THOMAS F. CARLUCCI
*Attorney for Defendants Thomas Dunn, M.D., Archie Perry, M.D., TDSW, LLC, and Kainalu, LLC*

Dated: July 23, 2024

By: /s/ *David M. Finkelstein*
DAVID M. FINKELSTEIN, Trial Attorney
U.S. Department of Justice
*Attorney for United States of America*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: July 24, 2024

---

[1] On May 16, 2023, the Central District of California severed this action, part of which was transferred to the District of Nevada. The claims against other defendants are pending in the Central District of California and the Southern District of Georgia (Dkt. 105).